UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

EFREM WALKER, Individually, :
:
        Plaintiff, :
:
vs. : Case No. 2:14-cv-13358-PJD-MJH
:
OAKLAND POINTE PARTNERS, LLC, :
a Michigan Limited Liability Company, :
:
        Defendant. :
_____/

| M. J. STEPHEN FOX | LAWRENCE A. FULLER |
|---|---|
| FOX & ASSOCIATES | FULLER, FULLER & ASSOCIATES, P.A. |
| Co-Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 2529 Chatham Woods Drive SE | 12000 Biscayne Boulevard, Suite 502 |
| Grand Rapids, MI  49546 | North Miami, FL 33181 |
| (616) 293-3955 | (305) 891-5199 |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff, EFREM WALKER, by and through his undersigned counsel, and herein files this Notice of Voluntary Dismissal as to Defendant OAKLAND POINTE PARTNERS, LLC, a Michigan Limited Liability Company, pursuant to Federal Rule of Civil Procedure 41 (a) 1 (A)(i).

                Respectfully submitted,

Dated:  October 17, 2014        */s/  Lawrence A. Fuller*
                                        Lawrence A. Fuller, Esq.
                                        Member, Eastern District of Michigan
                                        Co-Counsel for Plaintiff
                                        FULLER, FULLER & ASSOCIATES, P.A.
                                        12000 Biscayne Blvd., Suite 502
                                        North Miami, FL 33181
                                        (305) 891-5199
                                        (305) 893-9505 - Facsimile
                                        lfuller@fullerfuller.com

        and
FOX & ASSOCIATES
M. J. Stephen Fox, Esq. (P32456)
Co-Counsel for Plaintiff
2529 Chatham Woods Drive SE
Grand Rapids, MI 49546
(616) 293-3955
(616) 676-5900 - Facsimile
foxlawfirm@aol.com